**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Detective George Schilter and Shriners Hospitals for Children v. Cadence Bank, N.A.,

Appellate case number:  01-22-00317-CV

Trial court case number:  442,669

Trial court:            Probate Court No 3 of Harris County

On June 23, 2022, this Court abated this appeal in order to allow the parties to attend mediation. The parties have now filed documents indicating the case was not resolved at mediation.

The Court lifts the abatement and reinstates the appeal on its active docket. Appellants' brief is due **30 days from the date of this order**.

It is so ORDERED.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
                        Acting individually

Date:  <u>September 8, 2022</u>